IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-00477-RM-MEH

RENE HERRERA,

    Plaintiff,

v.

LORIN SEYFER,

    Defendant.

## ORDER

This matter is before the Court on the Stipulated Motion for Remand to State Court for Lack of Jurisdiction (ECF No. 16) where the parties affirmatively represent that Defendant Seyfer is a citizen[1] of Colorado. As Plaintiff is also allegedly a citizen[2] of Colorado, diversity jurisdiction does not exists. Accordingly, this case was improperly removed from state court. It is therefore ORDERED

(1) That the Stipulated Motion for Remand to State Court for Lack of Jurisdiction (ECF No. 16) is GRANTED; and

---

[1] The parties state "resident" but the Court assumes they meant "citizen" as residency and citizenship are not necessarily the same. *See Siloam Springs Hotel, L.L.C. v. Century Sur. Co.,* 781 F.3d 1233, 1238 (10th Cir. 2015) ("An individual's residence is not equivalent to his domicile and it is domicile that is relevant for determining citizenship."); *Whitelock v. Leatherman*, 460 F.2d 507, 514 n. 14 (10th Cir.1972) ("under certain circumstances… proof that a person is a resident of a state may prima facie indicate that he is a citizen of that state").
[2] *See* note 1, *supra*.

(2) That, pursuant to 28 U.S.C. § 1447(c), due to this Court's lack of subject-matter jurisdiction, this case is REMANDED to the District Court, County of Jefferson, State of Colorado, where it was originally filed as Case number 2019CV30129.

DATED this 5th day of March, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge